AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pannell, Charles A. | District Court-N.D.of Georgia | 03/17/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.District Judge (senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

2367 U. S. Courthouse
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303-3309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Executor See Note | Estate No. 1 |
| 2. | Operator See Note | Farm #1 |
| 3. | Co-Executor See Note | Estate No. 2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 03/17/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Association of County Commissioners of Georgia Pension Trust | $1,347.72 |
| 2. | 2018 | Georgia Judicial Retirement System | $93,603.84 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Teachers Retirement System of Georgia (defined benefits) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 03/17/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Timberland, ▨▨▨▨ , 1/3 Interest | | None | O | W | Sold (part) | 12/31/18 | K | E | Hentz Forest Products |
| 2. Rental Property #1 (y) | | | | | | | | | See Note |
| 3. Estate #1 (H) | | | | | | | | | Closed |
| 4. - Synovus (formerly Cohutta Bank Account) | | None | | | Distributed | 12/19/18 | J | | Closed See Note |
| 5. Brokerage Account #3 (H) | | | | | | | | | |
| 6. - Fidelity Investments Cash Account | A | Interest | J | T | | | | | |
| 7. -Tyson Foods (TSN) | C | Dividend | M | T | | | | | |
| 8. -Synovus Common Stock (SNV) | B | Dividend | K | T | | | | | |
| 9. -Apple, In (AAPL) | A | Dividend | K | T | | | | | |
| 10. -Costco Wholesale Corp. (COST) | A | Dividend | K | T | | | | | |
| 11. -Middleby Corp. (MIDD) | | None | J | T | | | | | |
| 12. -Suntrust Bank (STI) | A | Dividend | J | T | | | | | |
| 13. -Tractor Supply co. (TSCO) | A | Dividend | J | T | | | | | |
| 14. -Align Tech (ALGN) | | None | J | T | | | | | |
| 15. -Disney (DIS) | A | Dividend | J | T | | | | | |
| 16. -Tesla Motors (TSLA) | | None | J | T | | | | | |
| 17. -Cerner Corp (CERN) | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS *-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Cummings (CMI) | A | Dividend | J | T | | | | | |
| 19. -Fidelity Select Banking Portfolio (FSRBX) | B | Dividend | J | T | | | | | |
| 20. -Merck (MRK) | A | Dividend | J | T | | | | | |
| 21. -Natus Medical Inc. (BABY) | | None | J | T | | | | | |
| 22. -Total Systems Svcs (TSS) | A | Dividend | L | T | | | | | |
| 23. -Fidelity Money Market Fund (SPRX) | B | Interest | L | T | Buy | 02/27/18 | L | | |
| 24. | | | | | Buy | 08/15/18 | K | | |
| 25. | | | | | Sold | 10/03/18 | M | | |
| 26. Farm #2, ▓▓▓▓▓▓, limited interest | A | Rent | L | W | | | | | |
| 27. Estate 2 (H) | | | | | | | | | Closed |
| 28. -First National Bank (CDs and Checking) | A | Interest | | | Distributed | 12/19/18 | J | | Closed |
| 29. Rollover IRA (H) | | | | | | | | | |
| 30. -Bank Deposit Sweep Program, The Bank of the West | A | Interest | J | T | Distributed (part) | 01/12/18 | J | | See Note |
| 31. -Mainstay Funds High Yield Bond (MHYIX) | A | Dividend | J | T | | | | | |
| 32. -AMCAP CL F2 (AMCFX) | C | Dividend | K | T | Sold (part) | 01/12/18 | J | A | |
| 33. -ARTISAN MID CAP FD (ARTMX) | A | Dividend | J | T | | | | | |
| 34. -Oppenheimer Dev Markets (ODVYX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Templeton Intl Bond (FIBZX) | A | Dividend | J | T | | | | | |
| 36. -Adirondack Small Cap (ADKSX) | A | Dividend | J | T | | | | | |
| 37. -JP Morgan Equity Income (HLIEX) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 38. -Invesco Intl Small (GTSYX) | A | Dividend | J | T | | | | | |
| 39. -John Hancock Val Midcap (JVMIX) | A | Dividend | J | T | | | | | |
| 40. -Oakmark Intl (OAKIX) | A | Dividend | J | T | | | | | |
| 41. -Columbia Balanced Fund (CBDRX) | A | Dividend | J | T | | | | | |
| 42. -Doubleline Total RT Bond (DLTNX) | A | Dividend | J | T | | | | | |
| 43. -Lazard Global (GLIFX) | A | Dividend | J | T | | | | | |
| 44. -Nuveen Real Estate Class (FARCX) | A | Dividend | J | T | | | | | |
| 45. -AB Global Bond (ANAYX) | A | Dividend | J | T | | | | | |
| 46. -Metropolitan West Total Return Class I (MWTIX) | A | Dividend | J | T | | | | | |
| 47. Wells Fargo Savings Account | A | Interest | | | Closed | 10/30/18 | J | A | |
| 48. First National Bank, Accounts Checking and Money Market | A | Interest | L | T | | | | | |
| 49. Synovus Bank Checking and MMKT (formerly Cohutta Bank) | A | Interest | L | T | | | | | See Note |
| 50. Associated Credit Union Money Market and Checking | A | Interest | J | T | | | | | |
| 51. Brokerage Account # 4 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Schwab checking account | A | Interest | J | T | | | | | |
| 53. -Tyson Foods (TSN) | A | Dividend | J | T | | | | | |
| 54. -Tesla Motors (TSLA) | | None | J | T | | | | | |
| 55. -Berkshire Hathaway B (BRK.B) | | None | J | T | | | | | |
| 56. -Schwab 1000 Index Fund (SNXFX) | A | Dividend | J | T | | | | | |
| 57. -Schwab US Large CAP Growth ETF (SCHG) | A | Dividend | J | T | | | | | |
| 58. Parcels 1 & 2- ████████ -- Now Farm #1 | | None | O | W | Sold (part) | 12/20/18 | J | B | Matthew Harris See Note |
| 59. Timberland, 2/3 of 36 acres ████ ████ (Y) | | | | | | | | | See Note |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 03/17/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. The estates No. 1 and No. 2 were closed during 2018. I ceased being the operator of Farm No. 1 and have become the owner of Farm No. 1. Reported in part VII as Parcels 1 and 2.

Part VII. INVESTMENTS AND TRUSTS

Line 2: The property is now woodland. The house has been torn down. It is now part of Parcels 1 and 2 and is now part of Farm #1.

Line 4 and 28: There was a final distribution of these funds to the heirs of the estate. Account closed.

Line 30: IRA Required minimum distribution from IRA Account and management fee paid quarterly.

Lines 4 and 49: Cohutta Bank changed name to Synovus Bank

Line 59: On 10/31/18, I transferred property to my ▓ as a gift. There was no gain to me.

Line 58: I now own this property. All the property adjoins and constitutes Farm #1. During this period, I sold hay to Matthew Harris for $1,987. On 10/31/18, I transferred part of property to my ▓ as a gift.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Charles A. Pannell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544